# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14983-MDC

KENNETH R VAN HORN
SANDRA M VAN HORN
4133 COMLY STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KENNETH R VAN HORN
    SANDRA M VAN HORN
    4133 COMLY STREET

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    ROBERT N BRAVERMAN
    LAW OFFICE OF ROBERT BRAVERMAN
    1060 N. KINGS HIGHWAY  SUITE 333
    CHERRY HILL, NJ 08034-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                                  /s/ William C. Miller

Date: 10/24/2018

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee