___

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KENNETH R. & SANDRA M. VAN HORN, | : | CASE #18-14983/MDC |
| Debtors. | : | |

## PRAECIPE TO WITHDRAW AMENDED CHAPTER 3 PLAN
**(Docket Entry #13)**

Kenneth R. and Sandra M. Van Horn, debtors herein, by and through their attorneys, the

LAW OFFICE OF ROBERT BRAVERMAN, LLC respectfully request:

That the Court withdraw the Amended Chapter 13 Plan (Docket Entry #13) filed by

Robert N. Braverman, Esquire on debtors behalf on October 24, 2018.

                                                    LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                    Attorneys for Debtors,

                                                    By: /s/ Robert N. Braverman
DATED:    December 7, 2018               ROBERT N. BRAVERMAN, ESQUIRE