UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KENNETH R. & SANDRA M. VAN HORN, | : | CASE #18-14983/MDC |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**
**(Amendment to Schedule "D" to Add PGW)**

Kathy Brocious, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above captioned debtors.

2. On May 14, 2019, I electronically filed with the Bankruptcy Court debtors' Amendment to Schedule "D" to add PGW as a creditor.

3. On July 12, 2019, I served on PGW at Bankruptcy Unit, 800 W. Montgomery Avenue, 3rd Floor, Phila., PA 19122, a copy of debtor's Amended Schedule "D", a copy of the Notice of Chapter 13 Case, a copy of the Notice of Bankruptcy Case Filing, and a copy of the Second Amended Plan via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

/s/ Kathy Brocious
DATED:    July 12, 2019        KATHY BROCIOUS