UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : CHAPTER 13

KENNETH R. & SANDRA M. VAN HORN, : CASE #18-14983/MDC

Debtors. : Hearing Date: 08/29/19 @ 9:30 am

**CERTIFICATE OF SERVICE**
**(Third Amended Chapter 13 Plan)**

Kathy Brocious, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above captioned debtor.

2. On July 18, 2019, I electronically filed with the Bankruptcy Court debtors' Third Amended Chapter 13 Plan.

3. On August 9, 2019, I served a copy of the attached transmittal letter together with a copy of debtors' filed Third Amended Chapter 13 Plan on all parties on the attached Service List via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

/s/ Kathy Brocious
DATED:    August 9, 2019         KATHY BROCIOUS

# *Law Office Of*
# *Robert Braverman, LLC*
### *Attorney At Law*

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115   Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
  American Board of Certification
  Consumer Bankruptcy Law
# BOARD CERTIFIED –
  American Board of Certification
  Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

August 9, 2019

To All Parties on Attached Service List

RE:   **KENNETH R. & SANDRA M. VAN HORN – Bkrtcy. Case #18-14983/MDC**

Sir/Madam:

Enclosed for your review is a copy of debtors' Third Amended Chapter 13 Plan filed with the Court. It has been served upon you because **it may contain information that may affect your interest adversely**. Specifically, the amount of monthly payment has increased, the IRS claim has been included, the correct amounts owed to secured creditors are reflected, and student loans are to be treated outside the Plan.

The Confirmation Hearing is presently scheduled for August 29, 2019 @ 9:30 am. **Objections** to any relief sought in the Third Amended Chapter 13 Plan **must be filed seven (7) days prior to the Confirmation Hearing**.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Very truly yours,

*/s/ Robert N. Braverman*

ROBERT N. BRAVERMAN

RNB/kb
Enclosure

Internal Revenue Service
Department of Treasury
Attn: Ann Willis, Operations Mgr., ACS Support
PO Box 219236
Stop P-4 5000
Kansas City, MO 64121-9236

Internal Revenue Service
Attn: Myra L. Davis, Bkrtcy. Specialist
Special Procedures Staff
600 Arch Street, Room 5200
Phila., PA 19106

Internal Revenue Service
Attn: Myra L. Davis, Bkrtcy. Specialist
Centralized Insolvency Operation
PO Box 7346
Phila., PA 19101-7346

Internal Revenue Service c/o
Josh Shapiro, Attorney General
Strawberry Square
Harrisburg, PA 17120

Internal Revenue Service
PO Box 227, Ben Franklin Station
Washington, DC 20044

Jessie K. Liu, U.S. Attorney, DC
555 4th Street NW
Washington, DC 20044

American Credit Acceptance d/b/a
Auto Finance
Attn: Mr. Keith, Customer Relations Mgr.
961 E. Main Street, 2nd Floor
Spartanburg, SC 29302

American Credit Acceptance d/b/a
Auto Finance
Attn: Kindra Sowder, Bkrtcy. Analyst
961 E. Main Street, 2nd Floor
Spartanburg, SC 29302

Philadelphia Gas Works (PGW)
Attn: Peter M. Yaffatt, V.P., Public Affairs
800 W. Montgomery Avenue
Phila., PA 19122