**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KENNETH R. & SANDRA M. VAN HORN, | : | CASE #18-14983/MDC |
| Debtors. | : | **NOTICE OF APPLICATION FOR COMPENSATION AND** |
| | : | **REIMBURSEMENT OF EXPENSES** |

TO:   All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

1. Robert N. Braverman, Esquire, attorney for debtors, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtors in the within proceedings for the period June 5, 2018 through November 7, 2019 in the amount of $3,500.00 in compensation ($1,500.00 previously received, $2,000.00 through Plan) and $310.00 for costs ($310.00 previously received).

2. The debtors paid to the Applicant the sum of $1,500.00 as a retainer prior to the filing of the Voluntary Petition.

3. Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

4. In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

                                                       LAW OFFICE OF ROBERT BRAVERMAN, LLC
                                                       Attorneys for Debtors,

                                                       By:  /s/ Robert N. Braverman
DATED:    November 7, 2019                         ROBERT N. BRAVERMAN, ESQUIRE

Kenneth R. Van Horn
Sandra M. Van Horn
4133 Comly Street
Phila., PA 19135-3941

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
200 Chestnut Street, Suite 502
Phila., PA 19106-2908

AT&T Mobility / AFNI, Inc.
PO Box 3427
Bloomington, Ill 61702-3427

Ashley Funding Services, Assignee of
Lab Corp of America Holdings
Resurgent Capital Services
Attn: Susan I. Gaines, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

City of Philadelphia
Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

Great Lakes Higher Education
PO Box 7860
Madison, WI 53707-7860

Lab Corp / American Medical Coll.
4 Westchester Plaza
Elmsford, NY 10523-1612

American Credit Acceptance
PO Box 204531
Dallas, TX 75320-4531

Cavalry SPV I, LLC
Attn: Tracyan Frame, Bk. Specialist
500 Summit Lane Drive, Suite 400
Valhalla, NY 10595

NCB Mgmt Services, Inc. (Santander)
Attn: Adrienne Lucas, Exec. Asst.
One Allied Drive
Trevose, PA 19053

PECO Energy Company
Attn: Lisa R. Holland, Business Analyst
2301 Market Street, S4-1
Phila., PA 19101

LVNV Funding, LLC, Assignee of
Arrow Financial Services c/o
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

American Credit Acceptance d/b/a
Auto Finance
Attn: Kindra Sowder, Bkrtcy Analyst
961 E. Main Street
Spartanburg, SC 29302

Westlake c/o
Peritus Portfolio Services
Attn: Elizabeth Qian, Bkrtcy Analyst
PO Box 141419
Irving, TX 75014

Ashley Funding Services, Assignee of
Lab Corp of America Holdings
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

U.S. Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Great Lakes Educational Loan Services
Sean Samonas, Claims Filing Specialist
2401 International Lane
Madison, WI 53704

PA Housing Finance Agency
Attn: Rebecca Peace, Chief Counsel
211 N. Front Street
Harrisburg, PA 17101

PA Housing Finance Agency c/o
Rebecca Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

Verizon by American InfoSource
Attn: Jennifer Harris, Paralegal
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

City of Philadelphia – Bkrtcy Group
Law Dept., Tax & Revenue Unit
Pamela Elchert Thurmond, Deputy City Sol
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

City of Philadelphia – Bkrtcy Group
Law Dept., Tax & Revenue Unit
Megan N. Harper, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

PA Housing Finance Agency
Brian A. Hudson, Sr., Exec. Director / CEO
211 N. Front Street
Harrisburg, PA 17101

Santander Consumer USA
5201 Rufe Snow Drive
North Richland Hills, TX 76180-6036

City of Philadelphia
Bureau of Administrative Adjudication
913 Filbert Street
Phila., PA 19107-3117

LabCorp
Credit Collection Services
PO Box 447
Norwood, MA 02062-0447

Phila. Gas Works c/o
Law Department
1515 Arch Street, 14th Floor
Phila., PA 19102-1504

City of Phila., Water Revenue Bureau
Attn: Joshua Domer, Esquire
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1617

T-Mobile USA / Convergent Outsourcing
800 SW 39th Street
Renton, WA 98057-4927

| | | |
|---|---|---|
| University of Phoenix<br>4615 E. Elwood Street<br>Phoenix, AZ 85040-1950 | Verizon<br>PO Box 650584<br>Dallas, TX 75265-0584 | Verizon Wireless / EEO CCA<br>700 Longwater Drive<br>Norwell, MA 02061-1624 |
| Westlake Financial Services<br>4751 Wilshire Blvd.<br>Los Angeles, CA 90010-3847 | Philadelphia Gas Works<br>800 W. Montgomery Avenue, 3rd Floor<br>Phila., PA 19122 | Internal Revenue Service<br>Attn: John F. Lindinger<br>PO Box 7346<br>Phila., PA 19101 |