## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KENNETH R. & SANDRA M. VAN HORN, | : | CASE #18-14983/MDC |
| Debtors. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1.  I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtors.

2.  On November 7, 2019, I electronically filed with the U.S. Bankruptcy Court an Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3.  On or about November 8, 2019, I forwarded to all parties in interest (See Service List) a copy of the Notice of Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

/s/ Kathy Brocious
DATED:    November 8, 2019         KATHY BROCIOUS

Kenneth R. Van Horn
Sandra M. Van Horn
4133 Comly Street
Phila., PA 19135-3941

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Office of U.S. Trustee
200 Chestnut Street, Suite 502
Phila., PA 19106-2908

AT&T Mobility / AFNI, Inc.
PO Box 3427
Bloomington, Ill 61702-3427

Ashley Funding Services, Assignee of
Lab Corp of America Holdings
Resurgent Capital Services
Attn: Susan I. Gaines, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

City of Philadelphia
Water Revenue Bureau
PO Box 41496
Phila., PA 19101-1496

Great Lakes Higher Education
PO Box 7860
Madison, WI 53707-7860

Lab Corp / American Medical Coll.
4 Westchester Plaza
Elmsford, NY 10523-1612

American Credit Acceptance
PO Box 204531
Dallas, TX 75320-4531

Cavalry SPV I, LLC
Attn: Tracyan Frame, Bk. Specialist
500 Summit Lane Drive, Suite 400
Valhalla, NY 10595

NCB Mgmt Services, Inc. (Santander)
Attn: Adrienne Lucas, Exec. Asst.
One Allied Drive
Trevose, PA 19053

PECO Energy Company
Attn: Lisa R. Holland, Business Analyst
2301 Market Street, S4-1
Phila., PA 19101

LVNV Funding, LLC, Assignee of
Arrow Financial Services c/o
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

American Credit Acceptance d/b/a
Auto Finance
Attn: Kindra Sowder, Bkrtcy Analyst
961 E. Main Street
Spartanburg, SC 29302

Westlake c/o
Peritus Portfolio Services
Attn: Elizabeth Qian, Bkrtcy Analyst
PO Box 141419
Irving, TX 75014

Ashley Funding Services, Assignee of
Lab Corp of America Holdings
Resurgent Capital Services
Attn: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603-0587

U.S. Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

Great Lakes Educational Loan Services
Sean Samonas, Claims Filing Specialist
2401 International Lane
Madison, WI 53704

PA Housing Finance Agency
Attn: Rebecca Peace, Chief Counsel
211 N. Front Street
Harrisburg, PA 17101

PA Housing Finance Agency c/o
Rebecca Solarz, Esquire
KML Law Group
701 Market Street, Suite 5000
Phila., PA 19106

Verizon by American InfoSource
Attn: Jennifer Harris, Paralegal
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

City of Philadelphia – Bkrtcy Group
Law Dept., Tax & Revenue Unit
Pamela Elchert Thurmond, Deputy City Sol
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

City of Philadelphia – Bkrtcy Group
Law Dept., Tax & Revenue Unit
Megan N. Harper, Deputy City Solicitor
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1595

PA Housing Finance Agency
Brian A. Hudson, Sr., Exec. Director / CEO
211 N. Front Street
Harrisburg, PA 17101

Santander Consumer USA
5201 Rufe Snow Drive
North Richland Hills, TX 76180-6036

City of Philadelphia
Bureau of Administrative Adjudication
913 Filbert Street
Phila., PA 19107-3117

LabCorp
Credit Collection Services
PO Box 447
Norwood, MA 02062-0447

Phila. Gas Works c/o
Law Department
1515 Arch Street, 14th Floor
Phila., PA 19102-1504

City of Phila., Water Revenue Bureau
Attn: Joshua Domer, Esquire
1401 JFK Blvd., 5th Floor
Phila., PA 19102-1617

T-Mobile USA / Convergent Outsourcing
800 SW 39th Street
Renton, WA 98057-4927

University of Phoenix
4615 E. Elwood Street
Phoenix, AZ 85040-1950

Verizon
PO Box 650584
Dallas, TX 75265-0584

Verizon Wireless / EEO CCA
700 Longwater Drive
Norwell, MA 02061-1624

Westlake Financial Services
4751 Wilshire Blvd.
Los Angeles, CA 90010-3847

Philadelphia Gas Works
800 W. Montgomery Avenue, 3rd Floor
Phila., PA 19122

Internal Revenue Service
Attn: John F. Lindinger
PO Box 7346
Phila., PA 19101