**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:                    :        CHAPTER 13

KENNETH R. & SANDRA M. VAN HORN,     :        CASE #18-14983/MDC

    Debtors.                         :

**ORDER GRANTING ALLOWANCES**

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, attorneys for debtors, pursuant to an Application for Compensation and Reimbursement of Expenses and Notice thereof, and the Court having reviewed the Application for Compensation, and the matter having come on for hearing, and for good cause shown;

It is on this __5th__ day of __December__, 2019 ORDERED that the Application for Compensation and Reimbursement of Expenses of Robert N. Braverman, Esquire, attorneys for debtors, in the amount of $3,500.00 in compensation ($1,500.00 previously received and $2,000.00 paid through the Chapter 13 Plan) be and is hereby allowed.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE