# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14983-MDC

KENNETH R VAN HORN
SANDRA M VAN HORN
4133 COMLY STREET

PHILADELPHIA, PA 19135

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KENNETH R VAN HORN
    SANDRA M VAN HORN
    4133 COMLY STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN, ESQ
    MCDOWELL LAW PC
    46 WEST MAIN STREET
    MAPLE SHADE, NJ 08002-

Date: 8/4/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee