# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| KENNETH R. & SANDRA M. VAN HORN, | : | CASE #18-14983/MDC |
| Debtors. | : | **CERTIFICATE OF SERVICE** |

Kristie M. Gresh, of full age, certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above-captioned debtors.

2. On September 30, 2020, I electronically filed with the U.S. Bankruptcy Court debtors' Modified Chapter 13 Plan.

3. On or about October 7, 2020, I forwarded a copy of debtors' Modified Chapter 13 Plan to William C. Miller, Chapter 13 Trustee via electronic notice and to all parties in interest on attached Service List via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    October 20, 2020

/s/ Kristie M. Gresh
KRISTIE M. GRESH

Internal Revenue Service
Department of Treasury
Attn: Ann Willis, Operations Mgr., ACS Support
PO Box 219236
Stop P-4 5000
Kansas City, MO 64121-9236

Internal Revenue Service
Attn: Myra L. Davis, Bkrtcy. Specialist
Special Procedures Staff
600 Arch Street, Room 5200
Phila., PA 19106

Internal Revenue Service
Attn: Myra L. Davis, Bkrtcy. Specialist
Centralized Insolvency Operation
PO Box 7346
Phila., PA 19101-7346

Internal Revenue Service c/o
Josh Shapiro, Attorney General
Strawberry Square
Harrisburg, PA 17120

Internal Revenue Service
PO Box 227, Ben Franklin Station
Washington, DC 20044

Jessie K. Liu, U.S. Attorney, DC
555 4th Street NW
Washington, DC 20044

American Credit Acceptance d/b/a
Auto Finance
Attn: Mr. Keith, Customer Relations Mgr.
961 E. Main Street, 2nd Floor
Spartanburg, SC 29302

American Credit Acceptance d/b/a
Auto Finance
Attn: Kindra Sowder, Bkrtcy. Analyst
961 E. Main Street, 2nd Floor
Spartanburg, SC 29302

Philadelphia Gas Works (PGW)
Attn: Peter M. Yaffatt, V.P., Public Affairs
800 W. Montgomery Avenue
Phila., PA 19122