**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kenneth Van Horn
Sandra Van Horn                                           :    Chapter 13
                                                          :
                        Debtor(s)                         :    Bankruptcy No. 18-14893--MDC

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Modify Confirmed Plan, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan **filed September 1, 2020** is **APPROVED**.

Date: November 17, 2020

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**