**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

           Chapter 13

           Bankruptcy No. 18-14983-MDC

KENNETH R VAN HORN
SANDRA M VAN HORN
4133 COMLY STREET

PHILADELPHIA, PA 19135

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KENNETH R VAN HORN
    SANDRA M VAN HORN
    4133 COMLY STREET

    PHILADELPHIA, PA 19135

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN, ESQ
    MCDOWELL LAW PC
    46 WEST MAIN STREET
    MAPLE SHADE, NJ 08002-

                                                    /S/ William C. Miller

Date: 6/7/2021                                _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee