**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**Kenneth R. Van Horn**<br>**Sandra M. Van Horn**<br><br>                               **Debtors.** | **Chapter 13**<br><br>**Case No. 18-14983-amc**<br><br>**Judge: Ashely M. Chan** |

## CERTIFICATION OF NO RESPONSE TO SUPPLEMENTAL APPLICATION OF McDOWELL LAW, PC FOR COMPENSATION AFTER CONFIRMATION OF CHAPTER 13 PLAN

McDowell Law, PC hereby certifies that no responses or objections have been filed in connection with the Supplemental Application of McDowell Law, PC for Compensation After Confirmation of Chapter 13 Plan. The deadline for objections to the Application has passed and as of today, no objections or responses have been filed or received by McDowell Law, PC. Therefore, McDowell Law, PC respectfully requests that this Court enter the Order attached hereto as Exhibit "A."

McDOWELL LAW, PC

Dated: 09/03/2024

By: */s/ Thomas G. Egner*
Thomas G. Egner, Esq.
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544
Fax: 856-482-5511
tegner@McDowellLegal.com

*Attorneys for the Debtors*