**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:<br><br>**Kenneth R. Van Horn**<br>**Sandra M. Van Horn**<br><br>Debtors. | Chapter 13<br><br>Case No. 18-14983-amc<br><br>Judge: Ashely M. Chan |

**PROOF OF SERVICE BY MAIL**

I, Carol A. Getz, declare that I am over the age of eighteen years of age and am not a party to this case.

On September 16, 2024, I served the attached Supplemental Application for Compensation by placing true and correct copies thereof enclosed in sealed envelopes with First Class postage thereon fully prepaid, in the United States Mail addressed as follows:

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market St. #1813
Philadelphia, PA 19107

US Trustee
Office of the US Trustee
200 Chestnut St. #502
Philadelphia, PA 19106

Kenneth and Sandra Van Horn, debtors
4133 Comly St.
Philadelphia, PA 19135-3941

Cavalry SPV I, LLC
500 Summit Lane Dr. #400
Valhalla, NY 10595

NCB Mgmt. Services, Inc. (Santander)
One Allied Dr.
Trevose, PA 19053

PECO Energy Co.
2301 Market St. #S4-1
Philadelphia, PA 19101

LVNV Funding, Assignee of
Arrow Financial Services
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American Credit Acceptance
d/b/a Auto Finance
961 E. Main St.
Spartanburg, SC 29302

Westlake
c/o Peritus Portfolio Services
PO Box 141419
Irving, TX 75014

Ashley Funding Services, Assignee of
Laboratory Corp of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

US Dept. of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

| | |
|---|---|
| PA Housing Finance Agency<br>211 N. Front St.<br>Harrisburg, PA 17101 | Dept. of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| Verizon by American InfoSource<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118 | Philadelphia Gas Works<br>Bankruptcy Unit<br>800 W. Montgomery Ave., 3rd Floor<br>Philadelphia, PA 19122 |
| City of Philadelphia<br>Law Dept. Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 JFK Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 16, 2024.

*/s/ Carol A. Getz*
Carol A. Getz