# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br><br>Kenneth R. Van Horn<br>Sandra M. Van Horn<br><br>Debtors | Chapter 13<br><br>Case No. 18-14983-amc<br><br>Judge: Ashely M. Chan |
|---|---|

## ORDER

AND NOW, this _____ day of _____, 2024 upon consideration of the Supplemental Application of Robert N. Braverman, Counsel for the Debtors Kenneth R. Van Horn and Sandra M. Van Horn for Compensation After Confirmation of Chapter 13 Plan, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Application of Robert N. Braverman, counsel for the Debtors Kenneth R. Van Horn and Sandra M. Van Horn for allowance and disbursement of supplemental compensation (the "Application") is GRANTED; and

2. There shall be awarded to Robert N. Braverman supplemental compensation in the amount of **$500** for actual and necessary services rendered on behalf of the Debtors for the period August 5, 2020 to November 12, 2020.

3. Supplemental fees in the amount of $500 have been factored into the Chapter 13 Modified Plan and shall be paid through the Plan.

BY THE COURT:

_____
Ashely M. Chan, Chief U.S.B.J.