# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Kenneth R. Van Horn / Sandra M. Van Horn**, Debtor(s)  
Case No. **18-14983**  
Chapter **13**

## DOMESTIC SUPPORT OBLIGATION DISCLOSURE FORM

**Section 1: to be completed by all debtors:**

Date: **December 23, 2024**  
Case No.: **18-14983**  
Debtor: **Kenneth R. Van Horn**  
Co-Debtor: **Sandra M. Van Horn**  
SS No.: **xxx-xx-4016**  
SS No.: **xxx-xx-6361**

Are you responsible for any Domestic Support Obligations described in 11 U.S.C. §101(14A) [debt owed to or recoverable by spouse, former spouse, child, child's guardian or governmental unit in the nature of alimony, maintenance or support?]

Debtor: yes _____ no **XXX**       Co-Debtor: yes _____ no **XXX**

If your answer is "No" skip to Section 3 at the bottom of this form and sign. If your answer is "Yes", please complete Section 2 and sign at the bottom.

**Section 2: to be completed only if you answered "yes" above:**

Debtor's current marital status:  
Married _____ Divorced _____  
Separated _____ Widowed _____

Co-debtor's current marital status:  
Married _____ Divorced _____  
Separated _____ Widowed _____

Name of person support is sent to: _____  
Complete Address: _____  
City _____ State _____ Zip _____  
Phone _____

Are support payments deducted from your paycheck? _____  
Provide the State Agency Information:  
Agency Name: _____  
Address: _____  
City: _____ State _____ Zip _____

Names of creditors for any debts that will not be discharged or that you will reaffirm:
_____

Identify your Employer Name and Address:
_____

**Section 3: To be signed by all debtors**

I swear or affirm under penalty of perjury pursuant to 28 USC § 1746 that the information provided herein is true, correct and complete.

Debtor: **/s/ Kenneth R. Van Horn**  
Kenneth R. Van Horn

Co-Debtor: **/s/ Sandra M. Van Horn**  
Sandra M. Van Horn