United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-14983-amc
Kenneth R. Van Horn  Chapter 13
Sandra M. Van Horn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Jan 21, 2025      Form ID: 138OBJ      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kenneth R. Van Horn, Sandra M. Van Horn, 4133 Comly St., Philadelphia, PA 19135-3941 |
| 14172572 | + | AT&T Mobility/AFNI, Inc., PO Box 3427, Bloomington, IL 61702-3427 |
| 14172574 | | City of Phila./Water Revenue Bureau, PO Box 41496, Philadelphia, PA 19101-1496 |
| 14172575 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert St., Philadelphia, PA 19107-3117 |
| 14172578 | + | LabCorp/American Medical Coll., 4 Westchester Plaza, Elmsford, NY 10523-1612 |
| 14172580 | + | Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |
| 14211292 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14214301 | + | Robert N. Braverman, Esquire, Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |
| 14172583 | + | Santander Consumer/NCB Mgmt Servs, 1 Allied Drive, #DT, Trevose, PA 19053-6945 |
| 14172584 | + | T-Mobile USA/Convergent Outsourcing, 800 SW 39th St., Renton, WA 98057-4927 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2025 03:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14201711 | + | Email/Text: bankruptcy@acacceptance.com | Jan 22 2025 03:46:00 | American Credit Acceptance dba Auto Finance, 961 E. Main St., Spartanburg SC 29302-2149 |
| 14172571 | | Email/Text: bankruptcy@acacceptance.com | Jan 22 2025 03:46:00 | American Credit Acceptance, LLC, PO Box 204531, Dallas, TX 75320-4531 |
| 14206829 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 03:50:38 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14250763 | | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:46:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14173723 | + | Email/Text: bankruptcy@cavps.com | Jan 22 2025 03:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14172573 | + | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:46:00 | City of Phila./Philadelphia Gas Works, c/o Law Department, 1515 Arch St., 14th Floor, Philadelphia, PA 19102-1504 |
| 14263064 | + | Email/Text: megan.harper@phila.gov | Jan 22 2025 03:46:00 | City of Philadelphia/Water Department, c/o Joshua Domer, Esq., Municipal Services Building, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102-1617 |

Case 18-14983-amc   Doc 109   Filed 01/23/25   Entered 01/24/25 00:47:50   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: 138OBJ | Total Noticed: 38 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14354442 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2025 03:46:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia Pa. 19101-7346 |
| 14172576 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2025 03:46:00 | Great Lakes Higher Education, PO Box 7860, Madison, WI 53707-7860 |
| 14172577 | ^ | MEBN | Jan 22 2025 03:40:47 | KML Law Group, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14199112 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2025 03:50:42 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14172579 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 22 2025 03:46:00 | LabCorp/Credit Collection Serv., PO Box 447, Norwood, MA 02062-0447 |
| 14189883 | ^ | MEBN | Jan 22 2025 03:40:47 | NCB Management Services, Inc., One Allied Drive, Trevose, PA 19053-6945 |
| 14190167 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 22 2025 03:46:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14209526 | + | Email/Text: blegal@phfa.org | Jan 22 2025 03:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14172581 | | Email/Text: blegal@phfa.org | Jan 22 2025 03:46:00 | Pennsylvania Housing Finance Agency, 211 North Front St., PO Box 15057, Harrisburg, PA 17105-5057 |
| 14325165 | ^ | MEBN | Jan 22 2025 03:40:48 | Philadelphia Gas Works, Bankruptcy Unit, 800 W. Montgomery Ave, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14303804 | + | Email/Text: bankruptcy@philapark.org | Jan 22 2025 03:46:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, pa 19106-2895 |
| 14172582 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 22 2025 03:46:00 | Santander Consumer USA, 5201 Rufe Snow Dr., North Richland Hills, TX 76180-6036 |
| 14209213 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2025 03:46:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14172585 | + | Email/Text: External.Collections@phoenix.edu | Jan 22 2025 03:46:00 | University of Phoenix, 4615 E. Elwood St., Phoenix, AZ 85040-1950 |
| 14209535 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 22 2025 03:50:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14172586 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 22 2025 03:46:00 | Verizon, PO Box 650584, Dallas, TX 75265-0584 |
| 14172587 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 22 2025 03:46:00 | Verizon Wireless/EEO CCA, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14203613 | + | Email/Text: peritus@ebn.phinsolutions.com | Jan 22 2025 03:46:00 | Westlake - C/O Peritus Portfolio Services, P.O. Box 141419, Irving, TX 75014-1419 |
| 14172588 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 22 2025 03:46:00 | Westlake Financial Services, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2025 | Form ID: 138OBJ | Total Noticed: 38 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov   Edelyne.Jean-Baptiste@Phila.gov |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Kenneth R. Van Horn rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| ROBERT NEIL BRAVERMAN | on behalf of Joint Debtor Sandra M. Van Horn rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 108 − 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | |
|   Kenneth R. Van Horn ) | Case No. 18−14983−amc | |
| ) | | |
| ) | | |
|   Sandra M. Van Horn ) | Chapter: 13 | |
| ) | | |
|   Debtor(s). ) | | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 20, 2025                                                                 For The Court

                                                                                          Timothy B. McGrath
                                                                                         Clerk of Court